IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANGELA CRUM STANLEY,
      Plaintiff,

vs.                                Case No.:  5:06cv81/MCR/EMT

UNITED STATES OF AMERICA, et al.,
      Defendants.
_____/

**O R D E R**

      Plaintiff, a prisoner proceeding pro se and in forma pauperis, has filed a second amended complaint pursuant to 28 U.S.C. §§ 1331, 1346 (Doc. 24).  Upon review of Plaintiff's allegations, it appears that service of the amended complaint upon Defendants is appropriate.  However, before service can be ordered, Plaintiff must submit four (4) complete and identical copies of her second amended complaint, including attachments.  Upon receipt of the copies, the court will direct the United States Marshal Service to serve Defendants.

      Accordingly, it is **ORDERED**:

      1.      The docket shall reflect that the United States of America, Edgar Morales, and Julia Berrios are the only Defendants in this action.  Plaintiff shall have **TWENTY (20) DAYS** from the date of docketing of this order in which to notify the court if this is incorrect.

      2.      Also within **TWENTY (20) DAYS**, Plaintiff shall submit four (4) complete copies of the second amended complaint, including attachments (Doc. 24).  Failure to do so may result in dismissal of this case.

      **DONE AND ORDERED** this 22nd day of December 2006.


                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**