IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANGELA C. STANLEY,
    Plaintiff,

vs.                                              Case No. 5:06cv81/MCR/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

**ORDER**

Plaintiff, a federal prisoner who is proceeding in forma pauperis in this action, has filed the appropriate number of service copies of her second amended complaint ("complaint") as directed by the court. Service of the complaint shall now be ordered, and Defendants shall be required to respond. Plaintiff shall not file any reply to Defendants' responses until ordered to do so by the court.

Accordingly, it is **ORDERED**:

1.    The clerk of court shall change the docket to reflect that there are three (3) Defendants in this action: **United State of America, Edgar Morales, and Dr. Julia Berrios**.

2.    The clerk of court is directed to send to the United States Marshal Service five (5) copies of this order along with the service copies of the complaint. The clerk shall also issue summons for service upon both the United States Attorney for this district and the Attorney General of the United States. Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

3.    The Marshal shall transmit one Form 1A (revised) to Plaintiff for each individual Defendant along with instructions. Upon these forms, Plaintiff shall provide information sufficient to identify each individual Defendant. Additionally, the Marshall shall transmit USM 285 forms for

both the United States Attorney and the Attorney General of the United States. Plaintiff shall complete single USM 285 forms for service upon both the United States Attorney for the Northern District of Florida (to be addressed to: Civil Process Clerk, United States Attorney's Office, Northern District of Florida, 21 East Garden Street, Pensacola, Florida 32501) and the Attorney General of the United States (Department of Justice, Room 511, Washington, D.C. 20530).

The instructions shall require Plaintiff to complete and return the forms to the United States Marshal's Office in Tallahassee within **twenty (20) days** from the date of receipt thereof. Failure by Plaintiff to return the completed forms within this time period may result in the dismissal of this case.

4. Pursuant to Fed. R. Civ. P. 4(d), the United States Marshal shall then send a copy of the complaint, a completed Form 1A and a copy thereof, a copy of Form 1B, and a prepaid means of compliance to each individual Defendant through first class mail. The Marshal shall mail the forms to the individual Defendants as soon as possible so that service or waiver of service can be completed within 120 days from the date of this order as contemplated by Fed. R. Civ. P. 4(m).

5. If after thirty (30) days from the mailing of the waiver of service forms and the complaint any individual Defendant has not returned the waiver of service form (Form 1B), the Marshal shall obtain summons from the clerk and personally serve that Defendant pursuant to Fed. R. Civ. P. 4(e). Upon completion of service, the Marshal shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

6. The clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on any Defendant is returned unexecuted, or if the Marshal has filed a statement of costs incurred for making personal service.

7. The Marshal shall deliver a copy of the summons and complaint to the United States Attorney for this district, or send a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the Office of the United States Attorney in accordance with Rule 4(i)(1)(A).

8. The Marshal shall send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in accordance with Rule 4(i)(1)(B).

9. Upon receipt of the complaint, each Defendant shall review the subject matter of the complaint in order to:

> a. Ascertain the facts and circumstances surrounding the complaint;
>
> b. Consider whether any action should be taken directly by prison officials to resolve the issues raised in the complaint; and
>
> c. Determine whether other, similar complaints, whether pending in this court or elsewhere, should be considered together.

10. Within **sixty (60) days** of receipt of the summons, Defendants shall respond to the complaint either by filing a motion to dismiss the proceeding because Plaintiff has not exhausted administrative remedies or by filing a special report with the court, and a copy thereof to Plaintiff, containing the following:

> a. Sworn statements of all persons having knowledge and relevant information of the subject matter of the complaint. (Authorization is hereby granted to interview all witnesses to the events of the complaint, including Plaintiff.)
>
> b. Copies of any written reports prepared as a result of investigation of the inmate's allegations.
>
> c. All defenses, including immunity defenses.  If not listed, such defenses may be considered waived.
>
> d. Where relevant, copies of medical or psychological or disciplinary records.
>
> e. Where applicable, copies of relevant administrative rules, regulations or guidelines.

Defendants are advised that, at some time in the future upon notice of the court, the special report may be deemed a motion for summary judgment.  Therefore, in addition to the above-mentioned items, the special report shall be in compliance with Local Rule 56.1, and shall include all Fed. R. Civ. P. 56 materials that Defendants wish the court to consider.[1]

---

[1] The special report must contain a short and concise statement of the material facts and shall not merely re-assert Plaintiff's allegations.

Case No: 5:06cv81/MCR/EMT

11.     No answer, motion to dismiss, motion for summary judgment, or request for discovery shall be served or filed by any party without permission of the court, except as set forth above.

12.     Plaintiff shall not file a reply to Defendants' motion to dismiss or special report until ordered to do so by the court.

13.     Once a special report is filed, no amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.

14.     After the special report or other response to the complaint has been filed, Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk a "certificate of service" stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  **Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court**.

15.     In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If Plaintiff wishes to consent he should sign the form and forward it to counsel for a Defendant, who, if that Defendant consents, shall sign and forward it to counsel for the other Defendants, who shall return it to the clerk only if all Defendants consent.

**DONE AND ORDERED** this 4th day of January 2007.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**