**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ANGELA C. STANLEY,
    Plaintiff,

vs.                                    Case No. 5:06cv81/MCR/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 28, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Defendants' motion for summary judgment (Doc. 35) is **GRANTED** as to Plaintiff's Eighth Amendment claims against all Defendants.

    3.  Defendants' motion for summary judgment (Doc. 35) is **GRANTED** as to Plaintiff's negligence claim under the Federal Tort Claims Act against Defendants Morales and Berrios.

    4.  Defendants' motion for summary judgment (Doc. 35) is **GRANTED** as to Plaintiff's negligence claim under the Federal Tort Claims Act against the United States with regard to alleged injury to her elbow.

5.  Defendants' motion for summary judgment (Doc. 35) is **DENIED** as to Plaintiff's negligence claim under the Federal Tort Claims Act against the United States with regard to alleged injury to her finger.

6.  This case is hereby referred to the assigned magistrate judge for further proceedings, including consideration of Plaintiff's request for counsel as contained in her response to the Report and Recommendation.

**DONE AND ORDERED** this 30th day of May, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**